UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-cv-00060-FDW-DSC

| | |
|---|---|
| TROY O. MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on the Consent Motion for Entry of Judgment with Remand (Doc. No. 12), submitted by Defendant Commissioner. Also before the Court is Plaintiff's Motion for Summary Judgment (Doc. No. 10).

Upon review of the Consent Motion for Entry of Judgment with Remand (Doc. No. 12), Plaintiff's consent to that motion, and the entire record in this case, and pursuant to 42 U.S.C. § 405(g), IT IS ORDERED that the Consent Motion (Doc. No. 12) is GRANTED, the final decision of the Commissioner is REVERSED, and the matter is hereby REMANDED to the Commissioner for further proceedings.

Because Plaintiff has consented to the motion to remand the case, Plaintiff's Motion for Summary Judgment (Doc. No. 10) is DENIED AS MOOT.

The clerk is respectfully DIRECTED to close the case.

IT IS SO ORDERED.

Signed: December 5, 2019

Frank D. Whitney
Chief United States District Judge