IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| TROY O. MILLER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 5:19-cv-00060-FDW-DSC |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## **ORDER**

Plaintiff's counsel filed a Motion for attorney's fees under 42 U.S.C. § 406(b) in the amount of $20,183.00. Attorney's fees under 42 U.S.C. § 406(b) are paid from past-due benefits awarded to a successful claimant.

Defendant filed a Response to the Motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. It is hereby ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. 406(b) in the amount of $20,183.00.

Counsel shall reimburse Plaintiff for any fees previously received under the Equal Access Justice Act, 28 U.S.C. § 2412.

**SO ORDERED**.

Signed: January 26, 2021

David S. Cayer
United States Magistrate Judge